UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CALVIN DeRONN GARDNER, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:06-CV-1111-G |
| NATHANIEL QUARTERMAN, Director, ) | |
| Texas Department of Criminal Justice, ) | ECF |
| Correctional Institutions Division, ) | |
| ) | |
| Respondent. ) | |

### ORDER

After conducting a review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and recommendation of the Magistrate Judge are correct, and they are hereby **ACCEPTED** as the findings of the court.

  **SO ORDERED**.

April 30, 2007.

                                              _____
                                              A. JOE FISH
                                              CHIEF JUDGE